IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :   CRIMINAL NO. 05-710-01 |
| ESPERANZA SANTOS | : |

**O R D E R**

AND NOW, this 18th day of February, 2025, upon consideration of the Government's Motion to Dismiss Indictment and Quash the Arrest Warrant, it is hereby

ORDERED

that Indictment No. 05-710-01, as it relates to the above-captioned defendant, is dismissed without prejudice. It is further ordered that the warrant issued for the arrest of defendant is hereby QUASHED.

BY THE COURT:

/s/ John Milton Younge
HONORABLE
*Judge, United States District Court*